UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS D'ANTONIO, ET AL.,**<br><br>        Plaintiffs,<br><br>  vs.<br><br>**MONTEREY BAY MILITARY HOUSING, ET AL.,**<br><br>        Defendants. | CASE NO. 21-cv-02607-YGR<br><br>**ORDER GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND; DENYING MOTION TO STRIKE; AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 26, 27, 28, 29 |

On March 3, 2021, plaintiffs filed this action in Monterey County Superior Court, which defendants removed on April 9, 2021, under federal enclave jurisdiction. (Dkt. No. 1.) On May 28, 2021, defendants moved to dismiss the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for relief. (Dkt. No. 26, 28, 29.) Having carefully considered the briefing and arguments submitted on the motion, and for the reasons stated on the record at the July 20, 2021 hearing, the Court **GRANTS** the motions **WITH LEAVE TO AMEND**. The motion to strike filed by defendant Michaels Management Services, Inc. is **DENIED**.[1] Plaintiffs shall have until **August 3, 2021** to file an amended complaint. Defendants shall have until **August 17, 2021** to respond to the filing. The initial case management conference currently set for August 30, 2021, is **CONTINUED** to **September 20, 2021**.

This Order terminates Docket Numbers 26, 27, 28, and 29.

**IT IS SO ORDERED.**

Dated: July 22, 2021

                                          YVONNE GONZALEZ ROGERS<br>
                                          UNITED STATES DISTRICT COURT JUDGE

---

[1] For purposes of these motions, the Court need not rely on matters which were filed with a request to seal. Thus, while the Court **GRANTS** defendants Clark Pinnacle Monterey Bay LLC and Clark Realty Capital, LLC's motion to seal (Dkt. No. 27), it does so only given the procedural context. The parties should not assume that the material will be sealed at a later stage in the proceeding.