UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS D'ANTONIO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MONTEREY BAY MILITARY HOUSING, LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-02607-YGR (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 91 |

    Plaintiffs' discovery letter, in which plaintiffs seek additional fact discovery, is untimely. Plaintiffs filed the letter on November 22, 2022, fifteen days after the fact discovery cut-off. *See* Dkt. 79 (case management schedule); Dkt. 91 (discovery letter brief). "[N]o motions related to fact discovery may be filed more than 7 days after the fact discovery cut-off." Civil L.R. 37-3.

    Plaintiffs haven't offered good cause to support their untimely discovery letter. They don't even attempt to explain why, before the fact discovery cut-off, they didn't seek relief to extend either the fact discovery cut-off or the deadline by which to file motions related to fact discovery.

    If defendants weren't cooperating during fact discovery (a claim plaintiffs make but that defendants contest), plaintiffs should have timely sought relief. It's now too late. Plaintiffs' request for additional fact discovery is denied.

    In their untimely discovery letter, plaintiffs also seek discovery sanctions. Plaintiffs haven't offered any evidence to support their assertions that the defendants acted improperly during fact discovery. Plaintiffs' request for discovery sanctions is also denied.

    **IT IS SO ORDERED.**

Dated: December 22, 2022

                                                                         Alex G. Tse<br>
                                                                         United States Magistrate Judge